No. 2687. RUÍZ, APELADO, *v.* RUÍZ, APELANTE.—Corte de Distrito de San Juan, Primer Distrito. Alimentos. Resuelto en junio 15, 1922. Apareciendo de la moción del apelado para desestimar la apelación y la certificación que se acompaña del secretario de la corte inferior, que no se ha tramitado la exposición del caso a pesar de las prórrogas concedidas, sin que se hubiera radicado tampoco la transcripción en esta corte el 2 de junio corriente en que se pre-

sentó la moción, vista la ley y la jurisprudencia, se declara con lugar y se desestima la apelación.